IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01660-EWN-MEH

SLAWOMIR GOLABEK,

      Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 30, 2006.**

      For good cause shown, and by agreement of the parties, the Motion for Entry of Stipulated Protective Order [Filed October 27, 2006; Docket #12] is **granted.** The Stipulated Protective Order shall enter separately.